# United States District and Bankruptcy Courts for the District of Columbia

(1)

Mr. Matthew Irvin
1611 NW 28th Ave
Fort Lauderdale, Fl 33311
954-605-3976

vs.

Terry Maurice Irvin
2101 SW 52 Ave
Plantation, Fl

Witnesses

Christopher Henry Cosby
Register # 20641-078
2113 North Hwy 175
Seagoville, TX 75159

Case: 1:18-cv-00948 (F Deck)
Assigned To : Unassigned
Assign. Date : 4/23/2018
Description: Pro Se Gen. Civil

## Complaint

→ Attached 1 of 7 pges.

1

# Complaint

Plaintiffs, Mr. Matthew IRVIN SR, Bluehollow Inc complaint against defendant Terry Maurice IRVIN, 808 entertainment allege:

## Jurisdiction and Venue

1. This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C §1331 and 1338(a)

## Parties

2) Plaintiff, Mr Matthew IRVIN SR, Bluehollow Incorporation, is a United States corporation doing Business Nationwide including in this district. Mr. Matthew IRVIN SR, amongst other things, creates, writes, produce, recite, performs, records, Reproduce, promote, publish, Distribute, Advertise, markets, unify and management songs, Albums, Tracks Musically, speeches which promotes advertise copyrighted works own by plaintiff and Protected under federal copyright laws throughout america. These productions, performa record ings are distributed in many urban communities, underground record-labels, hip hop recording labels, Radio stations, social media networks websites and throughout the country through the channells, of intensive publishing Global marketing, Television and,

3) Plaintiff Mr. Matthew IRVIN SR/Bluehollow Inc., is a corporation doing Business Nationwide none of the less including the District of Columbia. Bluehollow Incorporation among other things

create, produce, reproduce, record, arrange and market, publish, Distribute and Advertise, Musical Albums, Songs, enterprises which promotes works copyrighted by Plaintiff and protected by federal copyright laws, which are performed, recited, recorded and reproduced with permission throughout certain nightclubs, radio station, LP's, Albums, websites all over America. These works are distributed in many underground entities, low-budget recording labels Hip Hop Industry, Urban market throughout the country through the channells of Exculsive Distribution.

4) On information and belief, the Defendant Terry Maurice IRVIN, One 808 entertainment is a Florida duo with its principal place of Business/Address in Plantation, Florida and mailing address 2101 SW 52nd ave Plantation, Florida.

On information and belief Terry Maurice IRVIN and One 808 entertainment is engaged is the Business of Infringing copyrighted music production, lyrics, sound recordings, interviews and videos, reproducing the works republishing and Distributing and other personal information throughout the ~~state~~ United States of America. On further information and belief, Terry Maurice Irvin/Defendant one 808 entertainment attracts customers to its studio/products by presenting fraudulent contracts ~~enlist~~ enlisting Plaintiff as employee or associate of its entity or business without Plaintiff acknowledgement, entering into brief agreements without Hip Hop Recording labels, and entrepreneurs and violating restrictions, uttering with malice knowingly the ~~spefies~~ following was false or would cause damage or harm

~~intimidating~~ intimidating ~~threatening~~ participating, neighboring corporations of ~~others~~ and silencing critics by burdening them with the cost of a legal defense until they abandon their criticism of former Judge Wright or opposition, ~~or~~ by threat of legal sanction, blackmail, requesting demands, coercion causing immediate harm, assault, deliberately decepting to secure unfair or unlawful gain or to deprive a victim of legal right, currency's ~~and~~ and entering contract registered to Plaintiff without consent. ~~to all~~

② <u>Facts Common To All Claims</u>

5) Each plaintiff is a well-respected enterprise producing recording, reciting, performing, original copyrighted works or productions, owned, partially owned or owned by ~~respective~~ authorized agent of its entity. Each plaintiff spends substantials amounts of time, money and effort creating, organizing, packaging, recording, mixing, planning, processing, copyrighting and distributing their works.

6) Their works, in particular a piece know as Streetlife all I know reproduced by Plies as all I know Too hot for myself reproduced by Plies hotter than streetlights Come thru, reproduced by Black Youngsta of Atlantic Records ~~is an identified and unique~~ Ima throw these hunnids reproduced by E-40, these ain't ones these are hunnids are all identified as unique pieces of art. This work is distributed by plaintiffs under their name and through designated channels. In addition to the ~~channels~~

Proprietary works, owned by Plaintiffs copyrighted and protected under the United States copyright, federal law; reproduced onto compact disc, records, Plaintiff has also chosen specific genres of music, markets, crowds the remission are designed to attract.

7) Plaintiffs copyrighted content is the way in which the Plaintiffs attract into the ~~website~~ shops, websites, locations, studios in which they sell their goods. Plaintiffs sell numerous works via, song lyrics, poems titles, track, production, jokes, speeches per month all over the country based on their copyrighted works.

8) The more people who purchase and wear plaintiffs copyrighted works the more likely others will be attracted to enter the establishments in which their shirts are sold to purchase their original works.

a) <u>Defendants Infringement</u>

9) Defendant operates business in Plantation, Florida, in contract to plaintiffs, however defendant does not create its own copyrighted production, songs, lyrics or original works. Instead Defendant has been and is engaged in a pattern of misappropriating content and infringing copyrights by reproducing, underground infringed copies of copyrighted works owned by plaintiff, in their entirety and without copyrights owners consent.

of copyrighted drawings, without copyright owners consent.

10. The infringing music production, via lyrics, sound recording poems consist of copyrighted ~~drawn~~ _____ form Matthew Irvin Sr., which are litterally re-written, re-produced then recorded in pre-production studio of poor quality and lesser value then those used by Plaintiff

These songs, songtitles, sound recording then available are for a reproduced price are sold in shops, studio, entertainment corporation in direct competition with the plaintiff works. Shoppers looking in particular for music, music lyrics, music seeking, published by co→ acess the cheaper and inferior reproductions in the defendent possession.

11) For its own profit and advantage, defendent is mis appropriating the non-transformed copyright material in which each plaintiff has invested heavenly. Defendent shop relies heavily on the copyrighted content of Plaintiff ~~produc~~ lyrics, sound recordys, production to attract customers and to attract those customers further to additional merchandise within the Defendants store.

12) Defendent further free-rides on plaintiffs copyrighted content and good will by advertising that it carries the Bluehollow Inc. and in particullar the street life call 1 Kron within its establishment.

Anyone whom enter business with see's Plaintiff enlisted as active agent displayed ~~as for~~ Defendent fraudulent employee can (purchase (music, production, lyrics) Plaintiffs copyrighted work on a lesser quality

Verbatim Album, Quoting Plaintiffs work w/o permission.

13) What defendant gains by appropriating plaintiffs copyrighted materials diminishes the value of the Plaintiffs work. For example, defendant is usurping the funds that plaintiff are entitled to recieve, via, Royalties, credits, from the use of these works, equaling to be Plaintffs stock and Trade.

14) By re-producing, Plaintffs songs, lyrics, Sound-Recording Poems ~~and~~ slogans, trademarks, ~~and~~ slang and flew on Albums, Debuting Hot 100, Billboard Chart

other than those approved by plaintiffs, defendant is diverting customers that would otherwise look to the shops selling plaintiffs product. This usurps Plaintiffs circulation, ruins reputations, slander name, which in turn has damaged and will damage plaintiffs ability to attract store-owners whom not only ~~pre-engage~~ into defendant unfair practice of Business but although wish to sell this type of product/give Plaintt brand such value.

15) Defendants cruelty also allow shop owners seeking proximity to plaintiffs copyrights works to do without compensating the Plaintiffs.

16) Defendants has made and continues to make its infringing shirts available to countless tourist from around the country misappropriating and infringing plaintiffs copyrighted ~~objects~~ promoting and continuing to promote its infringing product to countless store-owners, ~~unlawfully~~ scamming, and as a result has gained revenue and other benefit from those wishing to sell Plaintiffs works to the detriment of the

17) Reproducing, distributing and publicly displaying Plaintiff copyright content without consent, advertising of fraudulent contract enlisting Plaintff as employee or joint lessor of Defendants corporation, slandering Plaintff reputation, termination of any form of legal documents forged in Plaintiff name, signature, date of Birth, Social Security Number either active or inactive. Defendant has refused to to cease its infringing activities.

18) Defendants conduct has been in willful violations of plaintiffs repeated warnings to the defendant(s) manager Jason Wright of ONE 808 entertainment, Recording label Universal Music group, that Plaintiff do not want the content of Plaintiff works republished and that defendants conduct is unauthorized. The specific acts of infringement described above are simply representative of a broader pattern of infringement in which defendant makes unauthorized use of the content of plaintiffs works.

19) Plaintiffs incorporate by reference all the allegations of paragraphs 1 through 21 inclusive.

20) Plaintiffs each own copyrighted material found on songs, sound-records, albums, featuring, shows listing, Radio Social Media Networks, Television, Video games

Here products Bluehollow Incorporation. For example ____ has registered with the United States Copyright office the ____ entitled ____ . ____ is the author and copyright holder of the work and has been since ____ ____ contains materials wholly original to the plaintiff and copyrightable under laws of the United States

The copyright that _____ possesses is in each they produced and covers all Republications of the work.

21) Blue Hollow Inc, has express permission to use the copyrighted works including the work entitled _____. As a Retailer abiding by the law surrounding the copyright protection, Blue Hollow Inc, is directly harmed by the misappropriation of the work and infringement created by the unauthorized use of the work.

22) Plaintiffs have complied in all respects with 17 U.S.C §101 et seq. and secured the exclusive rights and privilege in and to the copyrights of the above referenced works. Plaintiffs have been and still are the sole proprietor all rights, title and interest in and to the copyrights in their respective works as referenced above.

23) Defendants conduct violates the exclusive rights belonging to plaintiffs as owners of the copyrights in their respective works, including without limitation Plaintiffs rights under 17 U.S.C §106.

24) On information and belief, plaintiffs allege that as a direct and proximate result of its wrongful conduct defendant has realized and continue to realize profits and other benefits rightfully belonging to Plaintiff. Accordingly plaintiffs seek an award of damages pursuant to 17 U.S.C §504 and 505

25) Defendant infringing conduct has also caused and is causing substantial and irreparable injury and damage to Plaintiff in an amount not capable of determination and unless restrained will cause further irreparable injury, leaving

the plaintiffs have no adequate remedy at law. (7)

26) On information and belief defendant has willfully engaged in and is willfully engaging in the acts complained of with oppression, fraud and malice, most definitely and in the conscious disregard of the rights of plaintiffs. Plaintiffs are, therefore entitled to the maximum statutory Damages allowable.

Declaratory Judgement Act, 28 U.S.C §2201 and 2202, Plaintiffs also seek a resolution of the ongoing matter by a declaration of this court as to the rights of the respective parties in the matter.

### Relief

Therefore plaintiffs pray for Judgement against the Defendant as follows:

A) Declaring that defendants unauthorized acts violate Plaintiffs rights under the common law and the Federal Copyright Act;

B) Immediately and permanently enjoining defendant, its officers, directors, agents, servants, employees, representatives, attorneys, related companies, neighboring corporations, successors, assigns and all other in active concert of participation with it from copying and ~~reproducing~~ re-publish ing any of plaintiffs copyrights or other rights in any manner.

C) Ordering defendant to account to plaintiff for all gains, profits, and advantages derived by defendant by its infringement of plaintiffs copyrights or such damages as are proper and since defendent intentionally infringed

Plaintiffs copyright to recover from defendants the statutory damages for each violation abiding as hate crime, breach of competition,

D) Awarding plaintiffs actual and/or statutory damages for defendants copyright infringement in an amount to be determined at trial,

E) Awarding Plaintiffs their costs, reasonable attorney fees, and disbursements in this action pursuant to 17 U.S.C §505 and

F) Awarding plaintiffs such further relief as is just and proper.